USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/3/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIO NIEVES,

        Plaintiff,

v.

CORRECTION OFFICER B. JOSEPH and
CORRECTION OFFICER M. WALKER
(Shield #1355),

        Defendants.

No. 18-CV-2906 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the parties' joint pretrial materials, filed on December 2, 2019. The Court will hold a conference call with the parties on Tuesday, December 3, 2019 at 2:00 p.m. The parties shall jointly call (212) 805-0162 at that time.

SO ORDERED.

Dated:   December 3, 2019
          New York, New York

Ronnie Abrams
United States District Judge