UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/6/19

JULIO NIEVES,

        Plaintiff,

v.

CORRECTION OFFICER B. JOSEPH and
CORRECTION OFFICER M. WALKER
(Shield #1355),

        Defendants.

No. 18-CV-2906 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The parties shall jointly file a letter, no later than December 13, 2019, informing the Court whether they have confirmed that their witnesses are available for trial the week of January 27, 2020, and if they are not, then proposing a revised trial schedule.

Additionally, no later than December 20, 2019, the parties shall file responses to the motions in limine, and no later than January 6, 2020, the parties shall file a joint letter informing the Court of their positions as to any exhibits not already covered in a motion in limine.

SO ORDERED.

Dated:    December 6, 2019
            New York, New York

Ronnie Abrams
United States District Judge