

**STOLL, GLICKMAN & BELLINA** ATTORNEYS

300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com



MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/19

December 30, 2019

**By ECF**
Hon. Ronnie Abrams, United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    **RE:** *Julio Nieves v. Correction Officer B. Joseph, et al.*, 18-CV-02906 (RA)

Dear Judge Abrams:

    With Defendants' consent, Plaintiff writes to request a short extension to submit the joint letter informing the court as to the parties' positions regarding exhibits.

    The joint letter is due January 6. However, Plaintiff's counsel's office was closed the Christmas week (December 23-27) and counsel for Defendants is away the week of December 30 – January 3. Plaintiff therefore requests that the January 6 deadline be extended to the end of the week, January 10.

    The undersigned thanks the court for its consideration.

Sincerely,

/S/
_____
Leo Glickman
Stoll, Glickman & Bellina
*Attorneys for Plaintiff*

APPLICATION GRANTED
SO ORDERED,

_____
RONNIE ABRAMS, U.S.D.J.
12-30-19