UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/31/20

JULIO NIEVES,

        Plaintiff,

v.

CORRECTION OFFICER B. JOSEPH and
CORRECTION OFFICER M. WALKER
(Shield #1355),

        Defendants.

No. 18-CV-2906 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The final pre-trial conference scheduled for May 27, 2020 is hereby adjourned to May 29, 2020 at 3:00 p.m.

SO ORDERED.

Dated:    January 31, 2020
           New York, New York

Ronnie Abrams
United States District Judge