UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIO NIEVES,

                Plaintiff,

          v.

CORRECTION OFFICER B. JOSEPH,
CORRECTION OFFICER M. WALKER,
CORRECTION OFFICER JOHN DOE #1-2,
AND CORRECTION OFFICER JANE DOE,

                Defendants.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-27-20
```

18-CV-2906 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Pursuant to the Southern District of New York's Standing Order of April 20, 2020 regarding the suspension of jury trials, *see* 20 Misc. 197, the trial in this action—currently scheduled to begin on June 1, 2020—is hereby adjourned. No later than May 11, 2020, the parties shall jointly file a letter proposing alternative trial dates.

SO ORDERED.

Dated:    April 27, 2020
            New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge