```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JULIO NIEVES,<br><br>       Plaintiff,<br><br>    v.<br><br>CORRECTION OFFICER B. JOSEPH AND CORRECTION OFFICER M. WALKER,<br><br>       Defendants. | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 8-28-20<br><br>18-CV-2906 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  The Court will hold a brief telephone conference on September 1, 2020 at 11:45 a.m. to discuss scheduling in this case. The parties shall use the dial-in information provided below to call in to the conference:

  Call-in Number: (888) 363-4749
  Access Code: 1015508

  This conference line is open to the public. If it is not feasible for the parties to appear telephonically at that time, they should jointly notify the Court by letter filed on ECF and include proposed alternative dates for this conference.

SO ORDERED.

Dated: August 28, 2020
     New York, New York

                    RONNIE ABRAMS
                    United States District Judge