USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIO NIEVES, | |
| Plaintiff, | 18-CV-2906 (RA) |
| v. | ORDER |
| CORRECTION OFFICER B. JOSEPH, et al., | |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

    The Court would like to hold a brief conference to discuss the upcoming trial, which is set to begin the week of August 2, 2021. A telephone conference is hereby scheduled for Friday, July 2, at 11:30 a.m., on the following conference line: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public. If the parties are unavailable at that time, they are directed to confer and propose alternative dates and times.

SO ORDERED.

Dated:   June 28, 2021
            New York, New York

_____
Ronnie Abrams
United States District Judge