

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8591

June 29, 2021

**VIA ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

RE: *Nieves v. Joseph*, 18-cv-2906 (RA)

Dear Judge Abrams:

This Office represents Defendants Joseph and Walker ("Defendants") in the above-referenced case. I write in response to the Court's June 28, 2021 Order directing the parties to appear for a "conference to discuss the upcoming trial" on July 2, 2021, at 11:30 a.m., or in the alternative "[i]f the parties are unavailable…to confer [with one another] and propose alternative dates and times". *See Dkt. No. 92*.

As this undersigned is currently unavailable on July 2, 2021, due to a previously scheduled vacation in which this undersigned is set to return on July 6, 2021, this undersigned has conferred with Plaintiff's attorney and respectfully proposes that the July 2, 2021 conference be rescheduled to anytime, that is convenient to the Court, on July 9, 2021, or at another date and time that is convenient for the Court following July 9, 2021.

Thank you for your consideration of this application.

Application granted. The telephone conference is adjourned to July 9, 2021 at 3:00 p.m.
SO ORDERED.

Hon. Ronnie Abrams
06/30/2021

Respectfully submitted,

*S/ John R. Doran*
John R. Doran
Assistant Attorney General

cc: Counsel of Record (By ECF)

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6009 (Not For Service of Papers)
www.ag.ny.gov