UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>

JULIO NIEVES,

            Plaintiff,

    v.

CORRECTION OFFICER B. JOSEPH, et al.,

            Defendants.

</td></tr>
</table>

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  10/25/21
```

No.  18-CV-2906 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the parties' Proposed Stipulation and Order dated October 21, 2021. Dkt. 97.

As noted in the Court's order of July 16, 2021, if the parties sought to have the Court retain jurisdiction to enforce their settlement agreement, the terms of the agreement needed to have been placed on the public record and "so ordered" by the Court within thirty (30) days of the July 16, 2021 order. Dkt. 96. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

As the requisite time period has passed, the Court will not so order on the proposed stipulation of settlement.

SO ORDERED.

Dated:    October 25, 2021
           New York, New York

_____
Ronnie Abrams
United States District Judge